# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARRIE ANN GULA,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-2210 |
| v. | : | (JUDGE MANNION) |
| **FRANK NOONAN,** *et al.*, | : | |
| | : | |
| Defendants | | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendants' partial motion for summary judgment, pursuant to Fed. R. Civ. Pro. 56, (Doc. 34), on Counts I, III, IV, V, VI, VII and VIII of plaintiff Gula's amended complaint, (Doc. 19), is **DENIED.**

By separate Order, the court will schedule a final pre-trial conference for this case.

                                                   S/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: December 8, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2210-03-ORDER.wpd